435 A.2d 639

Commonwealth v. Rawls, Appellant.

Submitted December 5, 1980. Elaine De Masse, Assistant Public Defender, for appellant; Gaele McLaughlin Barthold, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, JOHNSON and POPOVICH, JJ.

Judgment of sentence entered February 8, 1980 is affirmed.

POPOVICH, J., dissented.

435 A.2d 639

Commonwealth v. Rose, Appellant.

Submitted December 5, 1980. Arthur J. King, Assistant Public Defender, for appellant; Ronald T. Williamson, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, DiSALLE and MONTEMURO, JJ.

Judgment of sentence is affirmed on the comprehensive opinion of Judge Mason Avrigian of Montgomery County.